UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Charles Victor Thompson

v.                               Case Number: 4:13−cv−01900

William Stephens

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/29/2021

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Appointment − #84

Date:    September 24, 2021

Nathan Ochsner, Clerk