Charles V. Thompson
Polunsky #00999306
3872 FM 350 South
Livingston, TX 77351

United States Courts
Southern District of Texas
FILED
MAY 08 2024
Nathan Ochsner, Clerk of Court

May 6, 2024

Re: Removal of Counsels, New Attorney/s Appointment

To the Honorable Federal Judge Hughes,

    Your Honor, by my motion in October 2021, you appointed pro bono counsel, Eric J. Allen. Unfortunately, Attorney Allen has never made an appearance per your order before your court in this death penalty case. Furthermore, attorney's Seth Kretzer & Jonathan Landers, appointed by U.S. District Judge Miller, requested to be removed at the afore mentioned motion hearing. You denied that granting in part by my request.

    It's now my position that Eric J. Allen is terminated and not representing me; neither are Kretzer & Landers. All are terminated.

    There has been no communication with Allen in two years. No work has been done on my case or appeal in two years! The breakdown in these constitutional rights warrants new appointment of counsel. In addition, Kretzer & Landers want off the case and, clearly, have not done any further work as well. Therefore, I please request new attorneys.

    It's my position that there is work to be done, and I am in need of counsel to work with on this subsequent appeal. As mentioned above, I would like to please reiterate I am terminating Allen, Kretzer, and Landers. I would respectfully ask you to please remove them from my case.

    Respectfully, I await your Honor's ruling and intend to proceed pro se if

forced to as I am not represented by counsels. In the case before you, I pray you grant this request.

TXSD-CASE 4:13-CV-01900
HARRIS Co. 262nd dist. COURT CAUSE #0782657

Respectfully,

*Charles Thompson*

May 6, 2024 Filed

Charles Thompson

Charles Thompson
Polunsky 999306
3872 FM 350 South
Livingston, TX
77351

LEGAL-MAIL

Federal District Clerk
U.S. Dist. Court Judge: Hughes
Southern dist. Houston
Po Box 61010
Houston, TX 77208

HOUSTON TX RPDC 773
6 MAY 2024 PM 4 L

United States Courts
Southern District of Texas
FILED
MAY 08 2024
Nathan Ochsner, Clerk of Court

77208-101010