IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CHARLES THOMPSON,                               Case No 4: 13 CV 1900

            Petitioner,                    Judge Hittner

Vs.

                                                    Magistrate

WARDEN LUMPKIN,

            Respondent,

---

ADVISORY REGARDING REPRESENTATION OF PETITIONER

---

ERIC J ALLEN         (0073384)
The Law Office of Eric J Allen, LTD
4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
 Fax No. 614.573.2924
Email:eric@eallenlaw.com

## ADVISORY REGARDING REPRESENTATION OF PETITIONER

Now comes Counsel and provides the court with the advisory requested by this court in its order of January 17, 2025. Counsel has conferred with the Petitioner on the phone as well as through the email system. The petitioner has indicated that he wishes for counsel to remain as his attorney in any further proceedings. Counsel is glad to assist the Petitioner in any way possible.

Respectfully submitted,

s/ Eric Allen

_____
ERIC J ALLEN        (0073384)
The Law Office of Eric J Allen, LTD
4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
Fax No. 614.573.2924
Email:eric@eallenlaw.com

## Certificate of Service

I hereby certify that the court's electronic notification system sent a copy of this motion and by electronic email to the Respondent's Counsel this 14th day of March, 2025.

s/ Eric Allen

_____
Eric Allen