Case 4:13-cv-01900   Document 107   Filed on 10/31/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Charles Victor Thompson, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 13-cv-1900 |
| | § | |
| Eric Guerrero, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner has filed a motion to proceed *in forma pauperis*. (Docket Entry No. 105). The Court **GRANTS** Petitioner's motion. Petitioner may appear *in forma pauperis* throughout the course of any federal habeas corpus proceedings.

Signed at Houston, Texas, on this the 31 day of Oct, 2025.

DAVID HITTNER
United States District Judge