IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Charles Victor Thompson,** | § | Civil Action No. 13-cv-1900 |
| | § | **THIS IS A CAPITAL CASE** |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| **Eric Guerrero,** | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

NOTICE REGARDING SERVICE OF THE MOTION ON RESPONDENT

Counsel hereby gives notice of an amended certificate of service of the motion for leave to file a budget ex parte. **R. 109. See attached Exhibit A.**

Respectfully submitted,

**s/ Eric Allen**

ERIC J ALLEN    (0073384)
The Law Office of Eric J Allen,
LTD 4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
 Fax No. 614.573.2924
Email:eric@eallenlaw.com

## CERTIFICATE OF SERVICE

On December 2, 2025, a copy of this notice was served on the counsel for the Respondent, Jay Clendenin, this 2nd day of December, 2025.

s/ Eric Allen

_____

ERIC J ALLEN    (0073384)

## AMENDED CERTIFICATE OF SERVICE

On December 2, 2025, a copy of this motion *alone* was served on the counsel for the Respondent, Jay Clendenin, via electronic email. .

                                              **s/ Eric Allen**

                                    ERIC J ALLEN        (0073384)