United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Charles Victor Thompson, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 13-cv-1900 |
| | § | |
| Eric Guerrero, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division | § | |
| | § | |
| Respondent. | § | |

### ORDER

The State of Texas has set Charles Victor Thompson's execution for **January 28, 2026**. Thompson previously filed a proposed budget *ex parte* and under seal. (Docket Entry No. 109-1). On December 5, 2025, the Court ordered Thompson's budget stricken from the record because he had not sought leave before filing *ex parte*. (Docket Entry No. 113).

Thompson has now filed a Motion to File Proposed Budget, Including Funds for Ancillary Services Pursuant to 18 U.S.C. § 3599(F), Ex Parte and under Seal. (Docket Entry No. 116). The Court finds that Thompson has shown the proper need for confidentiality regarding his budget request. The Court, therefore, **GRANTS** Thompson's motion. The Court will consider Thompson's requested budget (Docket Entry No. 109-1) *ex parte*.

Signed at Houston, Texas, on this the 12 day of December, 2025.

_____
DAVID HITTNER
United States District Judge